

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00255-CV

**RAYMOND THIBODEAU,**

**Appellant**

 **v.**

**DODEKA, LLC,**

**Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. C201100407

## O R D E R

Appellant's brief was due September 27, 2013. It was not filed. A late brief notice was sent to appellant by the Clerk of this Court on October 7, 2013. On the same date, appellant's motion for extension of time to file his brief was filed. In that motion, appellant requests an extension of time to November 26, 2013 to file his brief.

Appellant's motion is granted in part. Appellant's brief must be filed within 21 days from the date of this order. A further extension of time to file appellant's brief is unlikely to be granted absent extraordinary circumstances. Appellant is warned that

"being busy" is not an extraordinary circumstance. *See Cabrera v. State*, No. 10-12-00095-CR, 2013 Tex. App. LEXIS 1236 (Tex. App.—Waco Feb. 7, 2013, order) (not designated for publication).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted in part
Order issued and filed October 17, 2013